

# Notice of Consent to Become a Party-Plaintiff to a Lawsuit Brought Under the Fair Labor Standards Act

*(Traducción al español en la página siguiente.)*

1. I, **Jose Zepeda**, consent and agree to pursue a claim under the Fair Labor Standards Act against my employer(s) for claims of unpaid wages during my employment.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act. I hereby consent, agree, and opt-in to become a party-plaintiff and be bound by any judgment of the Court or any settlement of this action.

3. I designate the law firm and attorneys at Gasper Law PLLC and other attorneys with whom they may associate to prosecute my wage claims.

4. In the event the case is certified and then decertified, I authorize Gasper Law PLLC to use this Consent Form to refile my claims in a separate or related action against my employer(s).

_____
Jose Zepeda (Jan 30, 2024 17:24 CST)
Signature

**Jan 30, 2024**
Date

**Jose Zepeda**
Name