Civil Action No. 3:24-CV-248-G

| | | |
|---|---|---|
| Jose Zepeda | § | IN THE UNITED STATES DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| VS. | § | FOR THE NORTHERN DISTRICT OF TEXAS |
| | § | |
| All My Sons Moving & Storage of Dallas, Inc. | § | |
| Defendant. | § | DALLAS DIVISION |

## DECLARATION OF SERVICE

"The following came to hand on **Feb 1, 2024, at 3:13 pm:**

**SUMMONS IN A CIVIL ACTION and the PLAINTIFF'S ORIGINAL COMPLAINT with EXHIBIT A**

and was executed at **211 E 7th St Ste 620, Austin TX 78701,** within the county of **Travis** at **10:18 am** on **Tue, Feb 6, 2024,** by delivering a true copy to the within named

**ALL MY SONS MOVING & STORAGE OF DALLAS, INC. by delivering to its' Registered Agent: Corporation Service Company dba CSC-Lawyers Inco. - accepted by Ms. Neisha Gross**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this declaration. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **John D Lawrence**, my date of birth is **12/29/1973**, and my address is **4804 Edge Creek Dr, Austin TX 78744**, and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **Travis** County, State of **Texas**, on **Feb 6, 2024**.

_____

**John D Lawrence**
**PSC-15777**
**Certification Expires: 1/31/2025**