IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSE ZEPEDA, Individually and on Behalf of Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALL MY SONS MOVING & STORAGE OF DALLAS, INC.,<br><br>Defendant. | § § § § § § § § § § § § § | Civil Action No. 3:24-cv-248-G<br><br>JURY TRIAL DEMANDED<br><br>COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) |

## ORDER

The Court has considered the parties' Joint Motion to Extend Defendant's Answer Deadline, and finds good cause to grant the motion.

Therefore, the Court **ORDERS** Defendant to respond to Plaintiff's Original Complaint **on or before March 12, 2024**.

SO ORDERED.

[DATE]

_____
**A. JOE FISH**
**Senior United States District Judge**