# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **JOSE ZEPEDA, Individually and on Behalf of Others Similarly Situated,** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | **CIVIL ACTION NO. 3:24-CV-248-G** |
| **ALL MY SONS MOVING & STORAGE OF DALLAS, INC.,** | § § § § | |
| **Defendant.** | § § | |

## NOTICE OF APPEARANCE

**To the Clerk of this Court and All Parties of Record:**

COME NOW, William Davis, of the law firm of Jackson Lewis, P.C., and hereby files this Notice of Appearance as Lead Counsel ("Notice") on behalf of Defendant, All My Sons Moving & Storage of Dallas, Inc., as follows:

William L. Davis
Lead Counsel
State Bar No. 05563800
Jackson Lewis P.C.
500 N. Akard, Suite 2500
Dallas, Texas 75201
PH: (214) 520.2400
FX: (214) 520.2008
William.Davis@JacksonLewis.com

I am admitted to practice in this Court.

By copy of this Notice, counsel for Plaintiff Jose Zepeda is being notified of this filing. Copies of all correspondence, pleadings, and other filings should be sent to the undersigned.

Dated:  February 27, 2024          Respectfully submitted,

By: */s/ William L. Davis*
William L. Davis, Esq.
Texas Bar No. 05563800
william.davis@jacksonlewis.com
JACKSON LEWIS P.C.
500 N. Akard, Suite 2500
Dallas, Texas  75201
PH:  (214) 520-2400
FX:  (214) 520-2008

**ATTORNEY FOR DEFENDANT
ALL MY SONS MOVING & STORAGE
OF DALLAS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure on this 27th day of February, 2024.

Travis Gasper
GASPER LAW PLLC
1408 N. Riverfront Blvd., Suite 323
Dallas, Texas 75207
travis@travisgasper.com

**Attorney for Plaintiff**

*/s/ William L. Davis*
William L. Davis