IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSE ZEPEDA, Individually and on Behalf of Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALL MY SONS MOVING & STORAGE OF DALLAS, INC.,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:24-cv-248-G<br><br>JURY TRIAL DEMANDED<br><br>COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff files this Notice of Voluntary Dismissal. Plaintiff does not request an order from the Court, nor is one required, because Defendant has not served either an answer or a motion for summary judgment.

Dated: February 28, 2024.            Respectfully submitted,

**GASPER LAW PLLC**

By:   */s/ Travis Gasper*
      Travis Gasper
      Texas Bar No. 24096881
      1408 N. Riverfront Blvd., Suite 323
      Dallas, Texas 75207
      Phone: (469) 663-7736
      Email: travis@travisgasper.com

**ATTORNEY FOR PLAINTIFF**